UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Rio Grande Food Products, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-3265 |
| | § | |
| Cyclone Enterprises, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Partial Judgment

The facts show that Lido had an agreement with Rio Grande for Rio Grande to be the exclusive distributor of Lido products within the United States, and Cyclone violated that agreement and trust by selling Lido products directly from El Salvador. Cyclone's interference with Rio Grande's relationship with Fiesta Mart lowered its sales in the U.S. Rio Grande has not produced facts that support an unjust enrichment claim against Cyclone. Summary judgment is denied for all claims except unjust enrichment; the case proceeds.

Signed on August __9__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge